# LIPMAN & BOOTH, LLP
## ATTORNEYS AT LAW

CHRISTOPHER BOOTH
NOAH LIPMAN (OF COUNSEL)*

11 BROADWAY, SUITE 967
NEW YORK, NEW YORK 10004
TEL: (212) 363-6969
FAX: (212) 363-6041

October 19, 2005

Honorable Allyne R. Ross
United States District Judge
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201
VIA FACSIMILE

*[Handwritten: Granted. So ordered. 10/20/05. cc: Counsel, Probation Dept]*

Re: Mercedes Marte-Brito
CR – 05 - 0434

Dear Judge Ross:

Please accept this letter as a request for an adjournment of the instant sentence, currently calendared for October 21, 2005. The documentation referenced in the prior adjournment request has been provided to the Government; however they need additional time to investigate same. I have spoken to A.U.S.A. David Bitkower and he joins in this request.

It is respectfully requested that the defendant's sentence be adjourned to October 28 at 10:30 a.m.

Respectfully,

Christopher Booth

C.c. AUSA David Bitkower